In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-106 CV


____________________



JOY BRUNNER, INDIVIDUALLY AND AS PERSONAL 


REPRESENTATIVE OF THE ESTATE OF COREY A. WOOD, Appellant



V.



BRIAN WILSON, RANDY WILSON, STEPHANIE WILSON,


ROBERT HEATH TALBERT, JEREMY HOLDER AND 


MELINDA BOLES, Appellees






On Appeal from the 217th District Court


Angelina County, Texas


Trial Cause No. CV-34564-01-09






 MEMORANDUM OPINION 


 The appellant, Joy Brunner, submitted a brief but failed to provide a copy of the brief
to the appellees. On April 13, 2006, we directed the appellant to provide lead counsel for
each of the appellees with a copy of the appellant's brief, certify the fact of service in the
form provided by Texas Rule of Appellate Procedure 9.5(e), and file the certificate of service
with the Court of Appeals no later than April 24, 2006. See Tex. R. App. P. 9.5(e). We
notified the parties that the appeal would be dismissed for want of prosecution if the
appellant failed to comply. The appellant has not filed the certificate or otherwise indicated
that she served a copy of the brief on the appellees. 

 The appellant failed to comply with a notice requiring a response within a specified
time and failed to prosecute her appeal by filing a brief that complies with the rules regarding
service on opposing parties. See Tex. R. App. P. 42.3. The appeal is dismissed for want of
prosecution.

 APPEAL DISMISSED.


 ____________________________

 DAVID GAULTNEY

 Justice



Opinion Delivered May 4, 2006 

Before McKeithen, C.J., Gaultney and Horton, JJ.